FILED
RICHARD W. NAGEL
CLERK OF COURT

3/29/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>COREY SCHIFFMAN,<br><br>Defendant. | CASE NO. 3:22-CR-034<br><br>JUDGE Walter H. Rice<br><br>INFORMATION<br><br>18 U.S.C. § 1956(a)(1)(A)(i) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT I**</u>
[18 U.S.C. § 1956(a)(1)(A)(i)]

Beginning at an exact date unknown but at least by in or about January 2019 to on or about October 28, 2020, in the Southern District of Ohio and elsewhere, the defendant **COREY SCHIFFMAN**, knowing that the property involved in one or more financial transactions represented the proceeds of some form of unlawful activity, did conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of a specified unlawful activity, that is: conspiracy to possess with the intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a), with the intent to promote the carrying on of a specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
Amy M. Smith
Assistant United States Attorney